No. 359. THE PEOPLE *v.* SOBEJANO.—Appeal from the District Court of San Juan. Decided June 23, 1911. Judgment affirmed. The appellant did not appear. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

EX PARTE QUINTERO.—Proceedings in regard to the cancellation of a notarial mortgage bond. Decided June 24, 1911. Bond canceled.

---

No. 723. ROSSY *v.* PARÍS ET AL.—Appeal from the District Court of San Juan. Motion to dismiss the appeal. Decided June 24, 1911. Motion overruled. *Mr. Manuel F. Rossy* for petitioner. The respondent did not appear.

---

EX PARTE MARTÍNEZ ET AL.—Proceedings in regard to the concellation of notarial bonds. Decided August 2, 1911. Notarial and mortgage bonds ordered canceled. *Mr. Victor P. Martínez* for petitioners.

---

No. 53. EX PARTE LE HARDY.—Petition presented to Mr. Justice MacLeary for a writ of *habeas corpus.* Decided August 9, 1911. Petition denied for the reasons stated in the opinion. *Messrs. López Landrón* and *Rincón* for petitioner. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 36. EX PARTE LE ROY.—Petition presented to Mr. Justice MacLeary for a writ of *habeas corpus.* Decided August 12, 1911. Petition denied for the reasons stated in the opinion. *Mr. Herminio Díaz Navarro* for petitioner. *Mr. Jesús M. Rossy, fiscal,* for respondent.